IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION
www.mssd.uscourts.gov

| | |
|---|---|
| Father Jesus,<br><br>   *Plaintiff*,<br><br>V.<br><br>WLOX Television,<br><br>   *Defendant*. | Civil Action No. __1:21cv251__ TBM-RPM<br><br>Judge _____<br><br>Magistrate Judge _____ |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that defendant, WLOX, LLC, has removed to the United States District Court for the Southern District of Mississippi, Southern Division, all claims and causes of action in that civil action styled *Father Jesus v. WLOX Television*, 21-144 (the "State Court Action") from the Second Circuit Court for the County of Harrison, 1st Judicial District (the "Circuit Court") pursuant to 28 U.S.C. §§ 1331, 1441(a) and 1446(b)(1).

1. The *pro se* plaintiff, Father Jesus, filed his *Complaint* ("Complaint") on June 3, 2021, commencing the State Court Action in the Circuit Court. He improperly named "WLOX Television" as defendant instead of "WLOX, LLC" which is a Delaware limited liability company.

2. On July 13, 2021, Father Jesus amended his Complaint (the "Amended Complaint") to allege violations of the Sherman Antitrust Act of 1890, 15 U.S.C. § 1 *et seq.* (the "Sherman Act"), along with what appear to be claims for discrimination.

3. Pursuant to 28 U.S.C. § 1446(b)(1), WLOX, LLC has removed within thirty days of receipt of the Amended Complaint, an amended pleading which set forth the Sherman Act claim, the claim for relief upon which removal is based, for the first time.

4. This Court is the court of proper venue because Father Jesus filed the Complaint commencing the State Court Action in the Circuit Court, and the United States District Court for the Southern District of Mississippi, Southern Division encompasses the district where such action is pending. 28 U.S.C. § 1441.

5. Pursuant to 28 U.S.C. § 1441(a), WLOX, LLC is entitled to remove the State Court Action because Father Jesus has alleged a claim under the Sherman Act over which the federal courts have original jurisdiction. To the extent that Father Jesus has alleged claims under state law, the Court has pendent jurisdiction over such claims, if any.

6. True and correct copies of all process, pleadings, and orders served upon WLOX, LLC in the State Court Action are attached hereto as *in globo* Exhibit "A." 28 U.S.C. § 1446(a); L.R. 5(b). Undersigned counsel represents that there are no unresolved motions and that discovery has not been propounded by either party. L.R. 5(b).

7. After filing this Notice of Removal, WLOX, LLC will promptly serve written notice of this Notice of Removal on Father Jesus and file the same with the Clerk of the Circuit Court in accordance with 28 U.S.C. § 1446(d).

8.    By removing this action from the Circuit Court, WLOX, LLC: (a) does not waive any defenses available to it; and (b) does not admit any of the allegations in either the Complaint or the Amended Complaint.

**WHEREFORE**, defendant WLOX, LLC hereby files this Notice of Removal and prays that the above-referenced State Aourt Action now pending in the State Court be removed to this Court and that this Court enter any necessary orders or process in order that this suit may proceed as if it had originally commenced in this Court.

Submitted by:

**STERNBERG, NACCARI & WHITE, LLC**

By: **s/ Ryan J. Richmond**
Ryan J. Richmond (MSBN 106198)
251 Florida Street, Suite 203
Baton Rouge, LA 70801-1703
Tel.: (225) 412-3667
Fax: (225) 286-3046
ryan@snw.law

AND

Scott L. Stenberg (La. Bar No. 33390)[1]
Graham H. Williams (La. Bar No. 36731)[2]
935 Gravier Street, Suite 2020
New Orleans LA, 70112-1656
Tel.: (504) 324-1887
Fax: (504) 534-8961
scott@snw.law
graham@snw.law

*Attorneys for WLOX, LLC*

---

[1] Motion for admission *pro hac vice* to be filed.

[2] Motion for admission *pro hac vice* to be filed.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing pleading has been delivered to the plaintiff, Father Jesus, 3106 11th Street, Gulfport, MS 39501-1819, by depositing a copy of same in the certified United States mail, return receipt requested at his last known address of record as follows on July 23, 2021.

**s/ Ryan J. Richmond**
Ryan J. Richmond (MSBN 106198)
